**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**NATIONAL COMMERCIAL VENTURES, LLC**                                 **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO. 3:05CV576LS**

**ART CHATEAU CORPORATION**                                 **DEFENDANT**

## ORDER

This matter came before the court on the submission of a proposed Agreed Order extending the discovery deadline. Upon inquiry of counsel, the court determined that the proposed extension would necessitate a concomitant extension of the motion deadline, which could not be accommodated under the current trial schedule. The parties have since conferred and informed the court that there was no objection to moving the trial of this matter to the next trial calendar.

IT IS, THEREFORE, ORDERED that the Case Management Plan Order previously entered in this matter is hereby amended, as follows:

1. The trial of this matter will be held on the trial calendar that begins on February 5, 2007, and ends on February 16, 2007.

2. The pretrial conference will be held on January 15, 2007.

3. Discovery shall be completed by October 5, 2006.

4. The deadline for submitting motions, other than motions *in limine*, is October 23, 2006.

IT IS SO ORDERED, this the 29th day of June, 2006.

                                                             S/James C. Sumner
                                             UNITED STATES MAGISTRATE JUDGE