## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**NATIONAL COMMERCIAL VENTURES, LLC**
**PLAINTIFF**

**VS.**                                                  **CIVIL ACTION N0. 3:05CV576TSL-AGN**

**ART CHATEAU CORPORATION**
**DEFENDANT**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

**BE IT REMEMBERED** that on this day came to be considered the Agreed Motion to Dismiss with Prejudice in the above-styled and numbered cause. The Court, having considered said Motion, is of the opinion that it should be **GRANTED**. It is therefore,

**ORDERED** by the Court that the above-style and numbered cause of action, wherein National Commercial Ventures, LLC ("NCV) is Plaintiff, and ART Chateau Corporation ("ART") is Defendant, shall be dismissed with prejudice and that cost of Court shall be borne by the party incurring same.

**SIGNED** and entered this __8th__ day of __April__ 2008.


        /s/Tom S. Lee
        UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**

**NATIONAL COMMERCIAL VENTURES, LLC**

By: /s/ George Fair
George Fair (MS Bar 5118


WATKINS & EAGER PLLC
400 East Capitol Avenue
Post Office Box 650
Jackson, Mississippi 39205
Telephone: (601) 948-6470

**ART CHATEAU CORPORATION**
By:  /s/ Lyle Robinson
**B.  Lyle Robinson** (MS Bar #100015)
Phels Dunbar, LLP
111 East Capital Street, Suite 600
Jackson, Mississippi 39225-3066
Telephone: (601) 352-2300

By: /s/ Mitchell Madden
**MITCHELL MADDEN** (Texas Bar 12789350)
MADDENSEWELL, LLP
1755 Wittington Place, Suite 300
Dallas, Texas 75234
Telephone:   (972) 484-7780
Facsimile:    (972) 484-7743
E-mail:        mmadden@maddensewell.com